Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SHREVES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>XUNLEI LIMITED, SEAN SHENGLONG ZOU, TAO THOMAS WU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., AND OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 2:15-cv-04288-MWF-AS<br><br>**NOTICE OF NON OPPOSITION TO LEAD PLAINTIFF MOTION OF KEITH LAMBERT**<br><br>CLASS ACTION<br><br>JUDGE: Hon. Michael W. Fitzgerald<br><br>Hearing Date/Time:  September 14, 2015, 10:00 a.m.<br>Ctrm:1600-16th Floor, Spring Street |

NOT. OF NON-OPP. TO LEAD PLAINTIFF MOT. OF KEITH LAMBERT --Civil Action No. 2:15-cv-04288-MWF-AS

| | |
|---|---|
| DOUG KEALLY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>XUNLEI LIMITED, SEAN SHENGLONG ZOU, TAO THOMAS WU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., AND OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 2:15-cv-04524-MWF-AS |

Keith Lambert respectfully submits this Notice of non-opposition to his motion for appointment as Lead Plaintiff and approval of his selection of The Rosen Law Firm, P.A. as Lead Counsel, dkt. # 26.

On August 7, 2015, Mr. Lambert timely filed his lead plaintiff motion and noticed it for hearing on September 14, 2015, dkt. # 26. That same day, movant Steven Barreto filed a lead plaintiff motion and likewise noticed it for hearing on September 14, 2015, dkt. # 24.

Therefore, the time to oppose the motions was August 24, 2015. *See* L.R. 7-9. Mr. Lambert filed his opposition to Mr. Barreto's lead plaintiff motion on August 24, 2015, dkt. # 31. No party has opposed Mr. Lambert's motion. Mr. Lambert's motion is unopposed.

The Court should grant the motion without a hearing.

Upon entry of an order granting the Mr. Lambert's motion, the undersigned and defense counsel will confer and submit a joint proposed schedule for the filing of an amended complaint and briefing schedule in accordance with the Court's prior order, dkt. # 18.

Dated: August 27, 2015      Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

 /s/ Laurence M. Rosen
Laurence Rosen, Esq. (SBN #219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On August 27, 2015, I electronically filed the following **NOTICE OF NON OPPOSITION TO LEAD PLAINTIFF MOTION OF KEITH LAMBERT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 27, 2015.

/s/ Laurence M. Rosen
Laurence M. Rosen