1  Laurence M. Rosen, Esq. (SBN 219683)
   THE ROSEN LAW FIRM, P.A.
2  355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
   Telephone: (213) 785-2610
4  Facsimile: (213) 226-4684
5  Email: lrosen@rosenlegal.com

6
   *Lead Counsel for Plaintiffs*
7

8  [Additional counsel on signature page]
9

| | |
|---|---|
| CHRISTOPHER SHREVES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | No. 2:15-cv-04288-MWF-AS |
| Plaintiff, | STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| vs. | JUDGE: Hon. Michael W. Fitzgerald |
| XUNLEI LIMITED, SEAN SHENGLONG ZOU, TAO THOMAS WU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., AND OPPENHEIMER & CO. INC., | |
| Defendants. | |

- 1 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| DOUG KEALLY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>XUNLEI LIMITED, SEAN SHENGLONG ZOU, TAO THOMAS WU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., AND OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 2:15-cv-04524-MWF-AS |

It is hereby stipulated that the above-captioned actions are dismissed without prejudice in their entirety. The parties shall bear their own attorneys' fees and costs.

Dated: November 9, 2015

          THE ROSEN LAW FIRM, P.A.


          By <u>/s/ Laurence M. Rosen</u>
            LAURENCE M. ROSEN

          Attorneys for Plaintiff
          CHRISTOPHER SHREVES

Dated: November 9, 2015

          SIMPSON THACHER & BARTLETT LLP


          By <u>/s/ Chet A. Kronenberg</u>
            CHET A. KRONENBERG
            STEPHEN P. BLAKE
            JOANNE S. JENNINGS

          Attorneys for Defendant
          XUNLEI LIMITED


Dated: November 9, 2015

          LATHAM & WATKINS LLP


          By <u>/s/ Patrick E. Gibbs</u>
            PATRICK E. GIBBS


          Attorneys for Underwriter Defendants
          J.P. MORGAN SECURITIES LLC,
          CITIGROUP GLOBAL MARKETS INC., and
          OPPENHEIMER & CO. INC.

**SIGNATURE ATTESTATION**

I hereby attest that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized its filing.

Dated:  November 9, 2015

/s/ Laurence M. Rosen

- 4 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE