JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

11/16/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# O R D E R

| | |
|---|---|
| CHRISTOPHER SHREVES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>XUNLEI LIMITED, SEAN SHENGLONG ZOU, TAO THOMAS WU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., AND OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 2:15-cv-04288-MWF-AS<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>JUDGE: Hon. Michael W. Fitzgerald |

- 1 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| DOUG KEALLY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>    vs.<br><br>XUNLEI LIMITED, SEAN SHENGLONG ZOU, TAO THOMAS WU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., AND OPPENHEIMER & CO. INC.,<br><br>    Defendants. | No. 2:15-cv-04524-MWF-AS |

It is hereby stipulated that the above-captioned actions are dismissed without prejudice in their entirety. The parties shall bear their own attorneys' fees and costs.

Dated: November 9, 2015

        THE ROSEN LAW FIRM, P.A.


        By /s/ Laurence M. Rosen
           LAURENCE M. ROSEN

        Attorneys for Plaintiff
        CHRISTOPHER SHREVES


Dated: November 9, 2015

        SIMPSON THACHER & BARTLETT LLP


        By /s/ Chet A. Kronenberg
           CHET A. KRONENBERG
           STEPHEN P. BLAKE
           JOANNE S. JENNINGS

        Attorneys for Defendant
        XUNLEI LIMITED


Dated: November 9, 2015

        LATHAM & WATKINS LLP


        By /s/ Patrick E. Gibbs
           PATRICK E. GIBBS


        Attorneys for Underwriter Defendants
        J.P. MORGAN SECURITIES LLC,
        CITIGROUP GLOBAL MARKETS INC., and
        OPPENHEIMER & CO. INC.

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Case 2:15-cv-04288-MWF-AS   Document 37   Filed 11/16/15   Page 4 of 4   Page ID #:297

**SIGNATURE ATTESTATION**

I hereby attest that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized its filing.

Dated:  November 9, 2015

/s/ Laurence M. Rosen

IT IS SO ORDERED.

DATED:  November 16, 2015

_____
Michael W. Fitzgerald
United States District Judge

- 4 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE